IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LABMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| v. | ) 1:11-CV-04044-JOF |
| | ) |
| TIVERSA, INC., | ) |
| TRUSTEES OF DARTMOUTH | ) |
| COLLEGE, and | ) |
| M. ERIC JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND

LabMD, Inc., files this Unopposed Motion to Extend Time to File Responsive Pleading to Defendants' Trustees of Dartmouth College and M. Eric Johnson's Motion to Dismiss Plaintiff's Complaint and Tiversa, Inc.'s Motion to Dismiss Plaintiff's Complaint (collectively "Motions")

On November 23, 2011, Defendants Trustees of Dartmouth College and M. Eric Johnson filed Motion to Dismiss Plaintiff's Complaint. On November 30, 2011, Defendant Tiversa, Inc., filed Motion to Dismiss Plaintiff's Complaint. The current deadline to respond is December 7 and December 14 respectively. Defendants do not oppose this motion. The parties agree to extend Plaintiff's

1

time to file a response to Defendants' Motions until December 30, 2011. A proposed order is attached as Exhibit "A."

Respectfully submitted this 9th day of December, 2011.a

/s/ Stephen F. Fusco
Stephen F. Fusco
Georgia Bar No. 281030
2030 Powers Ferry Road; Suite 520
Atlanta, Georgia 30339
sfusco@labmd.org
(678) 443-2343 – phone
(404) 601-9977

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LABMD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:11-CV-04044-JOF |
| ) | |
| TIVERSA, INC., ) | |
| TRUSTEES OF DARTMOUTH ) | |
| COLLEGE, and ) | |
| M. ERIC JOHNSON, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, I electronically filed the foregoing Unopposed Motion to Extend Time to Respond with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 13 point Book Antiqua font and complied with the margin and type requirements of this Court.

/s/ Stephen F. Fusco
Stephen F. Fusco
Georgia Bar No. 281030
**LabMD, Inc.**

*Attorney for Plaintiff LabMD, Inc.*