UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LABMD, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TIVERSA, INC., *a Pennsylvania Corporation*, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-04044-JOF |

## J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the court having granted said motions, it is

**ORDERED AND ADJUDGED** that the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 15th day of August, 2012.

                JAMES N. HATTEN
                CLERK OF COURT


                By: s/ M. York
                   Deputy Clerk

Filed: August 15, 2012
Entered: August 16, 2012
In the Clerk's Office
James N. Hatten
Clerk of Court

By: s/ M. York
   Deputy Clerk