IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LABMD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:11-cv-04044-LMM |
| TIVERSA, INC., TRUSTEES OF | ) | |
| DARTMOUTH COLLEGE, and M. | ) | |
| ERIC JOHNSON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD DECLARATION OF JAMES W. HAWKINS

1.    My name is James W. Hawkins.  I am competent in all respects to testify regarding the matters set forth herein.  I represent Plaintiff LabMD, Inc. in this matter.  I have personal knowledge of the facts stated herein and know them to be true.  I give this declaration in support of Plaintiff's Motion for Appointment of Special Master.

2.    Exhibit A hereto is a true and accurate copy of a September 2, 2016 Order of Court  by Judge Christine Ward of the Allegheny County Court of Common Pleas granting Boback's Motion to Stay the State Defamation Action for

120 days.

3.      Exhibit B hereto is a true and accurate copy of Plaintiff's

Interrogatories to John C. Hansberry served on June 9, 2016.

4.      Exhibit C hereto is a true and accurate copy of John C. Hansberry's

Objections and Answers to Plaintiff's Interrogatories served on July 8, 2016.

5.      Exhibit D hereto is a true and accurate copy of a July 19, 2016 letter

from counsel for LabMD to Mr. Hansberry.

6.      Exhibit E hereto is a true and accurate copy of a July 25, 2016 letter

from Mr. Hansberry to counsel for LabMD.

7.      Exhibit F hereto is a true and accurate copy of a July 25, 2016 letter

from counsel for LabMD to Mr. Hansberry.

8.      Exhibit G hereto is a true and accurate copy of a July 26, 2016 letter

from Mr. Hansberry to counsel for LabMD.

9.      Exhibit H hereto is a true and accurate copy of a July 26, 2016 email

from counsel for LabMD to Mr. Hansberry.

10.      Exhibit I hereto is a true and accurate copy of a July 26, 2016 email

from Mr. Hansberry to counsel for LabMD.

11.      Exhibit J hereto is a true and accurate copy of portions of the April 22,

2016 hearing transcript in this case.

12.     Exhibit K hereto is a true and accurate copy of an August 17, 2016 email from counsel for LabMD to Mr. Shaw.

13.     Exhibit L hereto is a true and accurate copy of an August 17, 2016 email from Mr. Shaw to counsel for LabMD.

14.     Exhibit M hereto is a true and accurate copy of the results of a September 6, 2016 online search for real estate interests held by Kline and Boback in Butler County, Pennsylvania.

15.     Exhibit N hereto is a collection of the only communications between Tiversa and LabMD that Tiversa produced to the Federal Trade Commission in response to the FTC's discovery requests directed to Tiversa in the fall of 2013.

16.     Exhibit O hereto is a true and accurate copy of portions of the August 25, 2016 transcript from a hearing held in the State Defamation Action.

Dated: September 6, 2016

James W. Hawkins
Georgia State Bar No. 338767
JAMES W. HAWKINS, LLC
11339 Musette Circle
Alpharetta, GA 30009
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

*Attorney for Plaintiff LabMD, Inc.*

3