# Exhibit B



# FBI-LEEDA
# insighter

January 2010 Issue I

# ANNUAL CONFERENCE ISSUE



# 19th Annual Executive Training Conference

March 29-31, 2010 – at the premier downtown Atlanta Marriott Marquis

## Atlanta

This Year's Conference Sponsor:
**LifeLock**
#1 In Identity Theft Protection

**IN THIS ISSUE:**

2010 Annual Conference Schedule of Events and Registration

Announcing New Corporate Partnerships

Training Opportunities – New Dates for 2010

To aid in the prevention of prescription drug abuse and diversion

# FREE Professional Educational Programs Presented by Experienced Former Officers



Forged and Altered Prescriptions

*The Purdue Pharma Law Enforcement Liaison and Education Unit, which is staffed by retired law enforcement officials, provides FREE educational materials, as well as drug identification cards and placebos for "reverse sting" undercover operations.*

**Training** – Topics include preventing and investigating prescription drug diversion; scams against physicians; pharmacy scams; investigating criminal prescribers; and pain topics and definitions related to the use of opioids for the treatment of pain.

**Placebos** – Identical to real controlled substances manufactured by Purdue Pharma, but contain no controlled substances. Their use is restricted to criminal investigations.

**Educational Materials** – Drug ID cards with full-color, actual-size photographs of the most commonly abused prescription drugs, according to the National Association of Drug Diversion Investigators. Educational brochures on preventing prescription drug abuse for law enforcement officers to distribute to pharmacies, physicians and hospitals, includes how to spot and deal with scammers.

**Anti-Crime Program – RxPATROL®** (Rx Pattern Analysis Tracking Robberies and Other Losses) is designed to assist law enforcement efforts to apprehend and prosecute pharmacy robbers and scammers, as well as to help protect pharmacies. Using a web-based program RxPATROL collects, collates and analyzes information from pharmacy theft reports across the U.S. The RxPATROL website – www.rxpatrol.org – has links to the National Association of Drug Diversion Investigators and to the National Community Pharmacists' Association.

**For more information, contact the Law Enforcement Liaison and Education Unit at 203-588-7281**

**Purdue Pharma L.P.**
**One Stamford Forum, Stamford, CT 06901-3431**
**Fax 203-588-6035 • E-mail: LEPrograms@pharma.com**

*All of these programs are provided at no cost. We do not promote any company's products. Our sole objective is to provide information that supports law enforcement to help keep prescription drugs out of the hands of criminals, in order to ensure that they are available for patients with real medical needs.*



© 2008, Purdue Pharma L.P. C7709-C  8/08



# 2009 FBI-LEEDA EXECUTIVE BOARD

### PRESIDENT
Donald A. Dappen
Chief of Police
Vero Beach Police Department
1055 20th Street
Vero Beach, FL 32961-1389
Telephone: 772-978-4610
Facsimile: 772-978-4677
E-mail: ddappen@leedafbi.org

### FIRST VICE PRESIDENT
Donald D. Dixon
Chief of Police
Lake Charles Police Department
830 Enterprise Boulevard
Lake Charles, LA 70602
Telephone: 337-491-1317
Facsimile: 337-491-1236
E-mail: ddixon@leedafbi.org

### SECOND VICE PRESIDENT
Richard P. Thomas
Chief of Police
Port Washington Police Department
365 North Wisconsin Street
Port Washington, WI 53074
Telephone: 262-284-2611
Facsimile: 262-377-9648
E-mail: rthomas@leedafbi.org

### IMMEDIATE PAST PRESIDENT
Jon R. Zumalt
Chief of Police
North Charleston Police Department
4900 LaCross Road
North Charleston, SC 29419
Telephone: 843-740-2831
Facsimile: 843-745-1009
E-mail: jzumalt@leedafbi.org

### PAST PRESIDENT
Elizabeth M. Goeckel
40 North Hillside Avenue
Chatham, NJ 07928
Telephone: 973-635-7805
Cell: 973-960-9196
E-mail: egoeckel@leedafbi.org

### SERGEANT AT ARMS
Ozzie Knezovich
Sheriff
Spokane County Sheriff's Office
1100 W. Mallon
Spokane, WA 99260
Telephone: 509-477-6917
Facsimile: 509-477-5641
E-mail: oknezovich@leedafbi.org

### EXECUTIVE DIRECTOR
Tom Stone
FBI - LEEDA, Inc.
Suite 125, 5 Great Valley Parkway
Malvern, PA 19355
Telephone: 1-877-772-7712 (toll-free)
Facsimile: 610-644-3193
E-mail: tstone@leedafbi.org

### FBI LIAISON
Charles E. Robb, Jr.
Chief, Community Leadership Development
FBI Academy
Quantico, VA 22135
Direct: 703-632-1925
Facsimile: 703-632-3163
E-mail: charles.robb@ic.fbi.gov



2009 FBI-LEEDA Executive Board

## ■ TABLE OF CONTENTS

1 | Mission Statement / Executive Board

2 | President's Message – *by President Donald A. Dappen*

3 | The Reliable Source – *Executive Director's Report*

4 | FBI Academy Update
*One Day Summits: Heavy Equipment Theft – NER and NICB®*

5 | Regional Representatives Program
*One Day Summits: Identity Theft – LifeLock®*

6 | Training Opportunities – *Course Schedules*
6 . . . Command Institute for Law Enforcement Executives®
6 . . . Supervisor Leadership Institute®
7 . . . Executive Survival: Policing in the 21st Century®
7 . . . Leadership and Management Seminar
8 . . . Training Graduates

10 | Feature Article
*Taser Training Bulletin 15.0 – Is There a Reason for Concern?*
*by Eric P. Daigle, General Counsel for FBI – LEEDA*
*Proposed Legislation – Seeking to Prevent Organized Retail Crime*
*by Mahogany Eller, Target Corporation*

13 | FBI – LEEDA Election Campaign Procedure Change to By-Laws

14 | FBI – LEEDA Scholarship Program
FBI – LEEDA Executive Services

16 | 19th Annual Executive Training Conference
16 . . Tentative Training Schedule and Speakers
19 . . Advance Registration Form

20 | New Corporate Partners

21 | American Military University – *Educating Those Who Serve*

22 | Corporate Partner Directory

28 | Welcome New Members

January 2010 - Issue I

### FBI-LEEDA insighter®

**FBI – LEEDA Insighter**
5 Great Valley Parkway, Suite 125
Malvern, PA 19355

Tel: 877-772-7712
Fax: 610-644-3193

FBI – LEEDA *Insighter* magazine is a publication of FBI – LEEDA, Inc., and is published three times each year by FBI – LEEDA, Inc.

FBI – LEEDA, Inc. is a non-government, non-profit corporation.

Neither the Association, its Executive Board, nor its representatives endorse or assure the completeness or accuracy of information provided by outside sources which is contained in this or any other FBI – LEEDA publication.

The FBI – LEEDA Insighter magazine is produced by Judith A. Grubb, Graphic / Publisher. E-mail: jgrubb@leedafbi.org Tel: 215-591-3694

The FBI – Law Enforcement Executive Development Association is a private, non-profit organization and is not part of the Federal Bureau of Investigation or acting on it's behalf.

### The mission statement of FBI – LEEDA is:

- To advance the science and art of Law Enforcement leadership and management;

- To develop and disseminate improved administrative, operational and technical practices to meet the needs of Law Enforcement executives throughout the world;

- To promote the exchange of information and training for executives of law enforcement;

- To actively seek the expansion of training programs for Law Enforcement executives and to encourage the participation of Law Enforcement professionals in future FBI – LEEDA training.



# FBI–LEEDA

## ■ PRESIDENT'S MESSAGE



### New Year Greetings to all –

On behalf of the Board of Directors for FBI – LEEDA, I hope you all had an enjoyable holiday season and we wish you the best in the New Year.

Our **19th Annual Executive Training Conference** is fast approaching. This year's conference will be held at the Atlanta Marriott Marquis, Atlanta, GA, March 29-31, 2010. We have planned exceptional executive level training sessions along with networking opportunities. On behalf of FBI – LEEDA's Executive Board, we want to extend a huge thank you to **LifeLock**, this year's Executive Training Conference Sponsor. During the last couple of years, Life-Lock, in partnership with FBI – LEEDA, has taken a proactive role to provide opportunities to train law enforcement officers in identity theft. We appreciate and applaud them for their efforts.

As we come to the end of another tight budgeting year, I would like to take a moment to put in a word for our exhibitors and corporate partners. The excellent training programs and members' benefits we offer would not be possible without the assistance and financial support by these remarkable companies. As I'm sure many of you know, FBI – LEEDA has and will continue to be very selective in our corporate part-nership program, offering you a diversity of products and services that help and promote the law enforce-ment industry. Please visit the FBI – LEEDA web site or see the corporate partner section of this magazine for a listing of all of our partners.

The New Year also brings change for one of our sister organizations, **FBI National Academy Associ-ates**, who has recently welcomed **Steve Tidwell** as their new Executive Director. Steve retired from the FBI as Executive Assistant Director and replaces **Roger Trott**. We at FBI – LEEDA wish Steve the best of luck and look forward to working with him for many years to come. We wish Roger all the best.

This will be my last president's message in this issue of the **_Insighter_**. It has been an exciting year and has passed quickly. I am proud of the accomplishments we've made this year:

- *Established many new corporate relationships*
- *Added new training opportunities*
- *Expanded our membership services*

We encourage our membership to take advantage of the many opportunities that FBI – LEEDA offers including the expansion of our Executive Services. Please contact our staff if you have questions concern-ing any of our training programs or services.

In closing, it has been my honor to serve you as President of FBI-LEEDA and I wish all of our member-ship health and success in the coming year.

### *— Chief Donald A. Dappen*
> *President*

# ■ The Reliable Source

## ■ Executive Director's Report



We are pleased to announce that **LifeLock** will be our 2010 Executive Training Conference Sponsor.  **Todd Davis**, President and CEO of LifeLock, and his leadership team have been extremely proactive working with law enforcement and legislatures, both state and federal, regarding Identity Theft.  From October 2008 to December 2009, FBI-LEEDA and LifeLock have sponsored 14 Identity Theft Summits in which 507 agencies have sent 1,447 participants.  We plan on holding approximately 20 additional summits in 2010 and are working on an expanded program.  This is certainly a testament to LifeLock's commitment to law enforcement.

Planning for the **2010 Annual Executive Training Conference** in Atlanta is going extremely well.  We have an enthusiastic host committee, and its members are working hard to make your visit a memorable one.  The Atlanta Marriott Marquis leadership team is pulling out all of the stops to showcase their hotel.  As you will see from the schedule in this magazine, the Executive Board has assembled a premier group of presenters with timely information for today's law enforcement executive.

Interest in FBI – LEEDA's educational opportunities – **Supervisor Leadership Institute®**, **Command Institute for Law Enforcement Executive®**, **Executive Survival—Policing in the 21st Century®**, and **Managing and Conducting Internal Affairs Investigations** – increased significantly in 2009, and we have many programs scheduled throughout this coming year.  We will be presenting several **Trilogy Awards** in Atlanta to individuals who have completed FBI – LEEDA's three core programs: *The Command Institute, Supervisor Leadership Institute,* and *Executive Survival- Policing in the 21st Century*.

FBI – LEEDA is proud of its corporate partnership program and the products and services offered by our partners.  We continue to add new corporate partners who offer beneficial products and services to your agency.  We ask that you support the efforts of our corporate partners.

FBI – LEEDA will have two Executive Board positions on the ballot at its 19th Annual Executive Training Conference in Atlanta - **Sergeant-at-Arms** and **Third Vice President**.  This is an excellent opportunity to become involved in the leadership of your as-

sociation.  If you have any questions regarding these positions, please feel free to contact me or any member of the Executive Board.

**Roger Trott**, the Executive Director of the **FBI-National Academy Associates** for the past three years, left his position in January 2010.  We enjoyed an excellent working relationship with Roger and wish him and his family well, as he pursues new interests.  The FBI–NAA Board appointed **Stephen Tidwell** as its new Executive Director.  Steve is a former Executive Assistant Director with the FBI and we look forward to working with him.  Congratulations to **Kim Derry**, Deputy Chief, Toronto Police Service, as he assumes his new duties as President of the FBI–NAA.

As always, please do not hesitate to call us if we can do anything for you.  We look forward to seeing all of you in Atlanta.

*— By Tom Stone*



# ◼ FBI Academy Update

As another calendar year comes to a close, the FBI's **Leadership Development Institute** (LDI) begins to reflect on the occurrences of the past twelve months as well as formal plans for next year. The following are some of the programs supported by the LDI that are of particular interest to FBI – LEEDA members.

We are pleased to welcome **Inspector Brian Nowlan** of the Edmonton, Canada Police Service as our newest FBI Leadership Fellow. Brian brings over a quarter century of investigative, command, and instructional experience to LDI. Brian arrived mid-September and already has been extremely active in supporting the LDI mission both domestically and overseas.

The LDI and the FBI Academy continue to support the **FBI Regional Command College** program. It is anticipated that the Atlanta Field Division will launch their inaugural command college in the summer of 2010. Additionally, the Washington Field Division launched their inaugural command college in November, 2009. This brings the number of FBI Regional Command Colleges to 25. These are held annually around the country, are one week in length, and are designed to immerse police command personnel in leadership, media, and legal training.

The LDI conducted the **Law Enforcement Executive Development Seminar** (LEEDS) for three sessions during 2009, training a total of 120 police executives from around the globe. International trainees included representatives from Australia, The United Kingdom, Denmark, Sweden, Norway, Hong Kong, South Africa, Rwanda, Indonesia, Canada, New Zealand, and Pakistan, among others. LDI will hold three LEEDS sessions in Fredericksburg, Virginia, in 2010.

In September, the 32nd session of the **National Executive Institute** (NEI) graduated a class of 37 in Gettysburg, Pennsylvania. Venues for this session also included Fredericksburg, Virginia, Sydney, Australia, and Gettysburg, Pennsylvania. The international cycle was supported by our good friends at the Australian Institute of Police Management and New South Wales Police.

At the time of this writing, the **Leadership in Counterterrorism** (LinCT) Program is conducting the Harvard University cycle of the fourth LinCT Atlantic Program. This LinCT program has already received training from the Scottish Police College in Edinburgh, Scotland, and the Police Service of Northern Ireland in Belfast, Northern Ireland. This iteration of the LinCT Program will conclude this spring when is it hosted by the Royal Canadian Mounted Police (RCMP) in Toronto, Canada.

**— SSA Mark N. D'Amico**
*FBI Academy, Leadership Development Institute*

---

# ◼ Heavy Equipment Theft Summit   

## SPONSORED BY NICB and NER

**FBI – LEEDA**, **National Insurance Crime Bureau** (NICB) and **National Equipment Register** (NER) cordially invite you to participate in this informational one-day regional summit designed for:

• *Law Enforcement*   • *Equipment Owners, Dealers or Rental*   • *Insurance Adjusters or Agents*

**General Session**—examines the equipment theft problem, recovery challenges and solutions. By exploring the growing problem of construction and agricultural equipment theft, the challenges that hinder equipment recovery and the latest equipment security technologies, attendees will be better prepared to join the fight against equipment theft. **Break-out Classes**—provide law enforcement with instruction in equipment identification training, while equipment owners and insurers explore theft prevention strategies and how to increase the chances of recovering stolen equipment. A catered lunch allows attendees to discuss issues of common interest. Registration is free for law enforcement, equipment owners and NICB or NER member insurers.
Please check the FBI–LEEDA website for specific dates and locations for these events and registration details.

# ■ Regional Representatives Program

The members of the Executive Board are pleased to announce the **Regional Representatives program**.  The following By-Law Statement was adopted at the 18th Annual Conference held in Tampa in early spring of 2009:

> *A Regional Representative is an individual approved by the Executive Board by majority vote to represent the interests of FBI – LEEDA in a geographical area of the United States of America.  The position of Regional Representative has no entitlements within the Association.  No member of the Executive Board can be a Regional Representative.*

Regional Representatives will be responsible for initiating and maintaining communication with law enforcement agencies in their local jurisdictions to ensure they are advised of current and upcoming training opportunities, to determine if they are interested in hosting FBI – LEEDA training classes and encourage participation in the annual training conference.

Regional Representatives will maintain contact with the training coordinator at the local FBI office to keep them advised of training opportunities in the area.  They will also attend regional LEEDS classes to inform new members about FBI – LEEDA and its programs.  Regional Representatives will be reimbursed for all pre-approved expenses.  The past president will oversee and act as liaison between the Regional Representatives and the Executive Board.

We would like to encourage all members to participate in the Regional Representative program.  This is an excellent way to become more involved in your Association.  Regional Representatives shall be appointed by the Executive Board for a term of one year; however, they can be re-nominated at the end of that term.  The Regional Representative Program can be found in Article VII of the By-Laws of FBI – LEEDA.



If you are interested in serving as a Regional Representative, please submit a letter and bio to:

**Chief Todd Ackerman**
207 S. 10th Street, Marysville, KS 66508
Tel: 785-562-2343
E-mail: chiefackerman@bluevalley.net

# ■ One Day Identity Theft Summits

## SPONSORED BY LifeLock



FBI – LEEDA and **LifeLock®**, present one day summits on **Identify Theft**, its economic, personal and employment impacts.  Identity theft investigations can be complex and challenge all law enforcement to share information to protect their communities and reduce victimization to their citizens. The Summit is open to all law enforcement personnel and addresses a range of identity theft issues including:

    ◆ Neighborhood Identity Theft ◆ Employer Identity Theft Losses ◆ Relevant Identity Theft Laws
    ◆ Community Outreach ◆ High Technology Identity Theft ◆ Identity Theft Awareness And Protection Strategies
    ◆ Databases To Assist In Identity Theft Investigations

**KEY NOTE SPEAKERS** include distinguished law enforcement personnel with specialized skills and experience in a variety of key areas of identity theft, high technology crimes and fraud.

Check our website for dates, locations and to register for this **FREE** law enforcement training, or contact Paige Pedersen at LifeLock®, **call 480-457-2108**, or send an e-mail to: paige@lifelock.com

# ■ Training Opportunities

**1**



### Command Institute for Law Enforcement Executives©

The **FBI–LEEDA Command Institute for Law Enforcement Executives©** is a dynamic, intensive and challenging five day program specifically and uniquely designed to prepare law enforcement leaders for command level positions.

The Command Institute focus is to provide real life contemporary and futuristic strategies and techniques for those aspiring to command level assignments. Command Institute faculty includes executive level law enforcement experts with extensive leadership experience who are passionate instructors.

Command Institute students will be engaged in such topics as preparing and testing for command, leading a new command, leading change, organizational culture, surviving and succeeding as a police executive, audits and controls, vicarious liability and establishing a leadership legacy. The Command Institute is student centered with a high degree of student involvement. **The registration fee for the Command Institute for Law Enforcement Executives© is $650.** The following programs are scheduled to date:

| | |
|---|---|
| Spokane, WA | January 25 -29, 2010 |
| Laconia, NH | March 1-5, 2010 |
| Santa Ana, CA | April 12-16, 2010 |
| Laconia, NH | April 19-23, 2010 |
| Hampton, NH | September 13-17, 2010 |
| Boulder, CO | November 1-5, 2010 |
| Bergen County, NJ | December 6-10, 2010 |

**2**

### Supervisor Leadership Institute©

The **FBI–LEEDA Supervisor Leadership Institute©** is a cutting edge five day program built especially for first-line supervisors and middle managers with the goal of enhancing leadership competencies. The Supervisor Leadership Institute faculty includes senior law enforcement experts on leadership who are committed to passing on their lessons learned.

Attendees will be engaged in personality diagnostics, leadership case studies, mentoring, developing your people, performance management, risk management and leadership legacy. This Institute is student centered and rich in facilitated dialogue and group work. **The registration fee for the Supervisor Leadership Institute© is $650.** The following programs are scheduled to date:

| | |
|---|---|
| Fort Hood, TX | February 8-12, 2010 |
| Cedar Grove, NJ | February 22-26, 2010 |
| Spokane, WA | March 8-12, 2010 |
| Aberdeen, SD | April 12-16, 2010 |
| Myrtle Beach, SC | April 19-23, 2010 |
| WCTC, WI | April 26-30, 2010 |
| Hampton, NH | May 3-7, 2010 |
| Bergen County, NJ | May 10-14, 2010 |
| Palm Bay, FL | May 17-21, 2010 |







# ■ Training Opportunities

3

 

### Executive Survival: Policing in the 21st Century©

This innovative three and one half day program is designed for senior law enforcement executives focusing on the emerging challenges facing our profession. This highly interactive program follows the FBI – LEEDA "Cops Talking to Cops" model of professional development. The seminar uses a wide range of source material and calls upon the participant's professional experience to facilitate individual development and enrich the learning environment.

The course first looks inward to identify the forces of change and emerging trends within the law enforcement community, such as the challenges of merging the perspectives of Traditionalist, Baby Boomer, and Generation X and Millennia employees and presents leadership strategies to manage and adapt to the future conditions. The program also looks into the future to forecast several emerging global "Megatrends" that are expected to shape conditions for the next few decades; discuss how those trends will affect the global law enforcement community and how police executives can influence and shape future conditions. **The registration fee for the Executive Survival: Policing in the 21st Century© is $550.**

| | |
|---|---|
| Kansas City, MO | April 26-30, 2010 |
| Cedar Grove, NJ | September 20-24, 2010 |

4

 

### Leadership and Management Seminar — Procedures for Conducting and Managing Internal Affairs Investigations

The three-day seminar is interactive, and attendees participate in various scenarios presented by the instructors.

**Procedures for Conducting and Managing Internal Affairs Investigations** focuses on ethics and integrity, agency policies and procedures, the complaint process, investigation of personnel complaints, administrative law, and the interview process. **The registration fee for the Leadership and Management Seminar is $300.**

| | |
|---|---|
| Washington, DC | January 25-27, 2010 |
| Hobbs, NM | February 8-10, 2010 |

For additional information concerning any of these training opportunities, or if you would be interested in hosting any of these programs in your area, please contact Donna Carpentier at 877-772-7712.

**SEMINAR REGISTRATION IS OPEN TO ALL LAW ENFORCEMENT – SWORN AND SUPPORT –
YOU DO NOT NEED TO BE A MEMBER OF FBI – LEEDA TO ATTEND A SEMINAR**



## ■ **Training Graduates...**

### SUPERVISOR LEADERSHIP INSTITUTE©



**Santa Ana, California**

**Congratulations:** Pictured are the attendees from the Santa Ana, California, **Supervisor Leadership Institute©** class held in September 2009. We would like to thank **Chief Paul M. Walters** and the **Santa Ana Police Department** for their hospitality.

### SUPERVISOR LEADERSHIP INSTITUTE©



**St. Lucie, Florida**

**Congratulations:** Pictured are the attendees from the St. Lucie, Florida, **Supervisor Leadership Institute©** class held in November 2009. We would like to thank **Sheriff Ken J. Mascara** and the **St. Lucie County Sheriff's Office** for their hospitality.

### EXECUTIVE SURVIVAL: Policing in the 21st Century©



**Port Washington, Wisconsin**

**Congratulations:** Pictured are the attendees from the Port Washington, Wisconsin, **Executive Survial: Policing in the 21st Century©** class held in October 2009.  We would like to thank **Chief Richard Thomas** and the **Port Washington Police Department** for their hospitality.

■ # Training Graduates...



## COMMAND INSTITUTE FOR LAW ENFORCEMENT EXECUTIVES©



**Niagara Falls, New York**

**Congratulations:** Pictured are the attendees from the Niagara Falls, New York, **Command Institute for Law Enforcement Executives©** class held in September 2009. We would like to thank **Sheriff James R. Voutour** and the **Niagara County Sheriff's Department** for their hospitality.

## COMMAND INSTITUTE FOR LAW ENFORCEMENT EXECUTIVES©



**Longmont, Colorado**

**Congratulations:** Pictured are the attendees from the Longmont, Colorado, **Command Institute for Law Enforcement Executives©** class held in November 2009.  We would like to thank **Sheriff Joe Pelle** and the **Boulder County Sheriff's Office** for their hospitality.

## COMMAND INSTITUTE FOR LAW ENFORCEMENT EXECUTIVES©



**Myrtle Beach, South Carolina**

**Congratulations:** Pictured are the attendees from the Myrtle Beach, South Carolina, **Command Institute for Law Enforcement Executives©** class held in November 2009.  We would like to thank **Chief Warren Gall** and the **Myrtle Beach Police Department** for their hospitality.

# ■ Feature Articles

## ■ Taser Training Bulletin 15.0

**Is There a Reason for Concern?**

*– by Eric P. Daigle, Attorney*
*Halloran & Sage, LLP*
*General Counsel for FBI – LEEDA*

On October 12, 2009, **Taser International** issued Training Bulletin 15.0 entitled "Medical Research Update and Revised Warnings." Since the issuance, the Bulletin has been a focused topic of discussion with legal advisors and law enforcement trainers across the country. The question I have been asked frequently by the law enforcement community is "Should we be concerned?" This article will review the litigation that is behind this bulletin, a review of the bulletin and recommendations in response to the bulletin.

The issuance of Bulletin 15.0 has led to a variety of reactions, most of which question the purpose of its release. Since the issuance of this training bulletin, the media has applied the unique spin that this training bulletin is an admission by Taser International that the deployment of a Taser at a chest may cause cardiac episodes. My review and interpretation of the training bulletin finds no such correlations. While the release of Bulletin 15.0 does cause me concern in the defense of civil rights actions related to a Taser deployment to the chest post bulletin, I am comfortable stating that the Taser electronic control weapon is an effective law enforcement tool. The confusion that was caused by Bulletin 15.0 comes from the distinction and confusion between product liability law and law enforcement use of force liability, best described by the background of the <u>Heston</u> case.

The Heston case was a law enforcement liability and products liability lawsuit brought against officers, the City of Salinas, and Taser International in the Northern District of California,



San Jose Division. The action, <u>Heston v. The City of Salinas</u>[1] detailed a long litigation history stemming from a February 2005 incident in which City of Salinas police officers utilized multiple Tasers with 20 - 23 discharges against Robert Heston, Jr.

The case was tried to a jury and on June 6, 2008, the jury returned a verdict finding that police officers did not use excessive force when they deployed their Taser ECDs against Robert C. Heston, Jr. As such, the jury found that the police officers did not violate the constitutional rights of the deceased or his parents nor did the officers commit battery. However, regarding the defendant Taser, the jury found that "Salinas police officers subjected Robert C. Heston to a prolonged deployment from Tasers; that defendant Taser's failure to warn of the risk associated with a prolonged deployment was a substantial factor in causing the police officers to administer a prolonged deployment; and that as a consequence of the prolonged deployment, Robert C. Heston suffered acidosis to a degree which caused him to have a cardiac arrest, leading to his death."[2] The Court also stated that "In sum, the jury found that a reasonable and prudent manufacturer of electronic control devices knew or should have known that prolonged administration of electricity from the device posed a danger, i.e., a risk of acidosis, to a degree which poses a risk of cardiac arrest. The jury found that the defendant Taser failed to warn purchasers of those risks.[3] As such, this became the first successful products liability verdict against Taser International in the history of the company. Specifically, the jury found that the decedent, Robert C. Heston, Jr., was 85% responsible for this death due to his toxic use of methamphetamines and related activity, and that Taser International was 15% responsible. A reduction of 85% of the $1 million compensatory damages left a resulting net of $2,100 to the estate and $150,000 to the parents. During the course of the litigation, Taser had aggressively defended their posi-



tion and, in fact, Taser International has filed an appeal to the decision reached in this case.

Subsequently, Taser released Training Bulletin 15.0. In such, Taser states: "Should sudden cardiac arrest occur in a scenario involving a Taser discharge to the chest area – it would place the law enforcement agency, the officer, and Taser International in the difficult situation of trying to ascertain what role if any the Taser ECD could have played in a unique situation that cannot be replicated in human clinical safety evaluations."[4] Taser recommends "in order to reduce the risk of such an event and in light of the fact that frontal applications of Taser ECDs have been found to be more effective when the probes are targeted at the lower torso (engaging the balancing muscles of the pelvic triangle), we have lowered the recommended point of aim from the center mass to the lower center of mass for frontal discharges. We believe this recommendation will improve the effective use of the Taser ECDs while also further increasing safety margins and enhancing the ability to defend such cases in post-event legal proceedings."[5] As referenced in Taser International Training Bulletin 15.0, it is impossible to replicate a study reflecting the impact of the Taser ECD on the type of person with whom law enforcement may come into contact on the street. Utilization of the Taser on individuals in emotional and mental crisis, those who are high on drugs or alcohol or in the midst of an excited delirium event is not possible to reproduce in the laboratory settings. A simple interpretation of Bulletin 15.0 finds that while it is unlikely that deployment of the Taser ECD to the chest area will cause a cardiac event, it is even less likely if the chest is avoided altogether.

The concern to legal advisors in the issuance of Taser Training Bulletin 15.0 is the manner in which this bulletin will be utilized in future litigation cases.

While we all understand that involvement in use of force situations by officers often involve fluid and dynamic events, it is difficult to ensure and direct the exact point of impact of the Taser probes. The big question is what happens when Taser darts are deployed in the chest area and the subject dies post Bulletin? Experience has shown that plaintiffs' attorneys will flaunt the importance of Taser International's Training Bulletin 15.0 and attack officers for their failure to adapt to the recommended point of aim.

Training Bulletin 15.0 outlines three specific reasons for the change in the recommended point of aim. They are: (1) to simplify targeting for all Taser systems into one easy-to-remember map avoiding chest shots when possible and the risk of head/eye shot in a dynamic situation, as is standard for impact ignitions; (2) when possible, avoid chest shots with ECDs which avoids the controversy about whether ECDs do or do not affect the human heart; and (3) close spread ECD discharges to the front of the body are more effective when at least one probe is in the major muscle of the pelvic triangle or thigh region. It is the position of Taser International in Training Bulletin 15.0 that back shots remain the preferred area when practical. Accordingly, it is the responsibility of law enforcement command to follow recommendations of their legal counselors.

As legal counsel to Law Enforcement, I strongly recommend that at your earliest possible convenience you do the following: (1) Conduct retraining in the new reduced target area to include actual discharge of the device at an appropriate target; (2) review your use of force and/or Taser policy to ensure that it addresses the frontal deployment of a device, specifically as it relates to the point of aim in a Taser discharge. Follow all of the manufacturer's recom-

mendations with regard to targeting areas. This would include the distribution of the Taser Bulletin 15.0 summarization handout and distribution of the diagram demonstrating recommended target areas; and, lastly and most importantly, (3) ensure that your Taser instructors are current on the manufacturer's latest updates and training issues and that they are distributing those training updates to the officers who carry the Taser ECD weapon.

Be on the lookout in the next issue of **FBI – LEEDA** **_Insighter_** publication for a review of cases in 2008 and 2009 that address changing trends applicable to the reasonableness of officers' use of the Taser electronic control weapon throughout the country.

[1] 2007 U.S. LEXIS 98433 (Cal. 2007).
[2] Heston v. City of Salinas, et al. 2009 U.S. Dist. Lexis 10096, p. 6.
[3] Id. at p. 7.
[4] Taser Training Bulletin 15.
[5] Id.



The link to the Taser Bulletin 15.0 can be found on their website at: http://www.taser.com/training/Pages/TrainingResources.aspx

## ■ Proposed Legislation

### _Seeking to Prevent Organized Retail Crime_ — by Mahogany Eller

_TARGET – Assets Protection, Government and Community Partnerships_



**TARGET CORPORATION**

In 2008, Target investigators detected fraudulent video game returns in several Midwest Target stores. By working with other corporate victims, using Target's investigations resources, including two forensic labs, and partnering closely with state and federal law enforcement agencies, the company built a case and ultimately shut down an elaborate organized retail crime ring run through online auction sites. In total, the thieves hit 93 Target stores in eight states, resulting in significant losses to Target and other retailers.

This case exemplifies the complexity and impact of **Organized Retail Crime** (ORC), which requires a solution beyond investigating and apprehending individual criminals or organized groups. Federal organized retail crime legislation currently proposed in Congress would increase the risk for criminals and reduce the demand and outlets for these stolen goods, which in turn will help prevent the crimes from occurring in the first place.

Congress is considering four bills on the issue, representing a strong step forward to protect consumers and a commitment to addressing ORC.

Proposed federal ORC legislation would:

- _Require seller identification for high-volume Internet sellers (defined as an individual selling more than $12,000 in a 12-month period)_
- _Impose due diligence measures on online retail marketplaces to investigate suspicious sales_
- _Provide law enforcement the tools to fight ORC_

Recently, the House Subcommittee on Crime, Terrorism and Homeland Security heard testimony concerning the federal government's role in combating ORC.

Although not yet scheduled, the 2009 Senate bill likely will follow a similar path and be considered by the Senate Subcommittee on Crime and Drugs.

Target and FBI – LEEDA support federal legislation as a solution to ORC for several reasons:

- _The legislation focuses on prevention and will help make ORC a high-risk, low-reward crime_
- _Federal legislation would allow for more efficient prosecutions that require fewer law enforcement resources, rather than requiring multiple states to work with retailers and agencies in multi-state cases_
- _Online auction sites refuse to work proactively to prevent stolen goods from being sold on their sites_





# ■ Notice
## 2010 Election/Campaign Procedure

Pursuant to the FBI – LEEDA by-laws approved on April 8, 2009, and under the direction of the Executive Board, a standard operating procedure has been identified for the 2010 Executive Board election.  Pursuant to the FBI – LEEDA by-laws, the position of **Third Vice President** will be added to the Executive Board at the annual 2010 business meeting.  At the 2010 conference, two candidates will campaign for two open positions. The open positions will be the position of (1) Third Vice President and (2) Sergeant at Arms.  As a result of the two open positions, the Executive Board has identified a procedure which will guide and direct the candidates in preparation for the election at the 2010 business meeting.



Members interested in running for the Sergeant at Arms position must submit a letter to the President, expressing a desire and willingness to serve at least thirty days prior to the 2010 annual business meeting.  Members interested in running for an Executive Board position must be an active FBI – LEEDA member, as defined in Article 3 Section 1, of the by-laws and must be employed as the chief law enforcement officer at the time of his/her nomination and election, and shall maintain such status for the entire time he/she serves on the Executive Board through the position of President.

During the 2010 FBI – LEEDA conference candidates who have expressed an interest and desire and willingness to serve will be allowed opportunities to campaign leading up to the 2010 business meeting. At the 2010 business meeting, voting members of FBI – LEEDA will be provided a ballot to select one

candidate for election to the Executive Board.  Once the election process is complete, the ballots will be reviewed and the candidates will be identified based on the number of votes they have received.  The candidate who has received the most votes at the 2010 business meeting will be provided the opportunity to decide whether they would like to take the Third Vice President's position or the Sergeant at Arms position. Once the candidate who has received the most votes selects; the candidate that receives the second most votes will be named to the open position.

The Executive Board of FBI – LEEDA has approved this procedure pursuant to its meeting of August 21, 2009, and encourages qualified candidates to apply for the position.  Should a candidate have any questions regarding the process or procedure applicable to this election, please contact the FBI – LEEDA office and speak with the Executive Director, Tom Stone.

---



## ■ FBI – LEEDA Membership
### HAVE YOU RENEWED YOUR 2010 MEMBERSHIP?

Your membership to FBI – LEEDA offers access to many programs and training opportunities to expand your law enforcement leadership skills.  Your continued support helps expand these development programs and grow your Association.  Renewal notices were sent in November; please call the office if you did not receive yours.  You can also renew your membership on-line by visiting the FBI – LEEDA's website:

**www.leedafbi.org**

# ■ Scholarship Program

The Executive Board is pleased to announce the **FBI – LEEDA Scholarship Program**. Each year, at the Annual Executive Training Conference, the Executive Board will award up to five $1,000.00 scholarships. The guidelines for eligibility and procedures for applying for a scholarship are listed below.

## Basics

If you're interested in applying for the 2010-2011 academic year scholarship, make sure you postmark your application paperwork by February 1, 2010, in order for your application to be considered. FBI – LEEDA selects final candidates based on the following criteria:

- Eligibility • Quality of application
- Commitment to leadership

## Provisions

An individual may receive only one scholarship award of $1,000.00 per year from FBI – LEEDA. FBI – LEEDA will make the scholarship award payment to the recipient on or before August 1. An applicant may re-apply each year providing eligibility requirements are fulfilled.

## Eligibility

To be eligible, you must be the child of a member of FBI – LEEDA who has been an active member in good standing for five or more years or a Life member. You must be enrolled in an undergraduate or graduate degree program at an accredited college or university or enrolled in a nationally-recognized trade or vocational school at the time you submit the application. You must maintain a 2.5 cumulative grade point average for three years to be eligible to submit an application. You must have graduated from high school prior to disbursement of funds.

## How to Apply

Applicant must provide the following items:
- Application • Answers to essay questions
- Transcript • High School Verification Form
- Documentation of acceptance to College/University/Trade or Vocational School

Application, essay questions, and high school verification form are available on the Members Only section of the FBI – LEEDA website: **www.leedafbi.org**

Please send your completed application to:

**FBI – LEEDA**
**Attention:  Executive Board**
**Scholarship Program**
5 Great Valley Parkway, Suite 125
Malvern, PA 19355

# ■ FBI – LEEDA Executive Services



The FBI – LEEDA Executive Board is pleased to announce that it will offer executive services to law enforcement agencies nationwide. Services will be available for any agency, although members of FBI – LEEDA will have scheduling preference.

The **FBI – LEEDA Executive Services** include:
- *Operation and management study*
- *Property room audit*   • *Provide qualified interim Chiefs*
- *Selection process for chief executive officers and senior command personnel*

The individuals chosen to provide these services will be FBI – LEEDA members in good standing, with exemplary knowledge, skills and expertise in the services being offered. The Executive Board realizes the financial constraints facing many law enforcement agencies at this time and is committed to provide agencies with the best services at reasonable costs.

Please contact the FBI – LEEDA office if you or a colleague has an interest in the services being offered.

# 5 Things
## Everyone Should Know About Identity Theft:

### 1. You're Only as Safe as Your Weakest Link.

The challenge in protecting your identity is that your personal information is everywhere. Even if you shred your private documents, or use secure websites and strong passwords, what about everyone else who has your Social Security number – like your doctor, dentist or the 17-year-old clerk handling your credit application at the electronics store? The problem quickly becomes obvious: you may be doing everything right, but what about everyone else who has your information?

### 2. Once Your Social Security Number is Out, It's Staying Out.

If your credit or debit card is stolen, you can replace it, but what happens when non-changing information like your Social Security number is stolen? The fact is, once it's out, it's out. Identity thieves buy, sell and trade stolen information, using it over and over again for years. Is your Social Security number really secure?

### 3. Anyone Can Be A Target.

News reports revealed that even the chairman of the Federal Reserve[1] was one of the 9.9 million Americans who were victims of identity theft in 2008.[2] Other reports describe how one identity theft ring was responsible for two of the largest thefts in history, resulting in the theft of more than 130 million credit and debit card numbers.[3] Think you could be at risk? (See #1.)

### 4. How Protected Are You?

You may think you're protected, but are you really? Your credit card may be safeguarded; but that won't help if thieves open new lines of credit. Credit monitoring will only alert you once something bad has already happened. Neither method will help prevent identity theft, nor resolve problems once you've become a victim.

### 5. There is Help.

LifeLock, the leader in identity theft protection, helps protect your identity – even if your information gets in the wrong hands. And at LifeLock, we are so confident in our service that we back it with a million dollar guarantee – if you become a victim of identity theft because of a failure in our service, we will help you fix it, up to one million dollars. Of course, restrictions apply and we want you to check it out at LifeLock.com or call us now.

## 2010 Law Enforcement Identity Theft Summits:

- January 21, 2009 - North Charleston, SC
- February 2, 2010 - Austin, TX
- March 2, 2010 - Milwaukee, WI
- April 28, 2010 - Spokane, WA

*For additional information, sign-up, or questions about hosting an identity theft summit in your area, contact the FBI-LEEDA office or Paige Pedersen at 480.457.2108 or paige@lifelock.com.*



**LifeLock**
#1 In Identity Theft Protection®

[1]Source: "Bernanke Victimized by Identity Fraud Ring." Newsweek. 25 August 2009. Web. 20 September 2009. [2]Source: Javelin Strategy & Research. "2009 Identity Fraud Survey Report." February 2009. [3]Source: "Hacker Pleads Guilty in Data Theft." The Boston Globe. 12 September 2009. Web. 20 September 2009. Offer is for new LifeLock members only.



19th Annual

# Executive Training Conference

## sunday — March 28

### morning

**11:00 am – 5:00 pm**
Registration Open –
Atlanta Marriott Marquis

### evening

**5:00 pm – 7:00 pm**
Welcome to Atlanta Reception –
Atlanta Marriott Marquis



**FBI – Law Enforcement Executive Development Association** along with the **Atlanta Area Law Enforcement Host Committee** are proud to present the 19th Annual Executive Training Conference featuring an all-star lineup of speakers who will be covering hot topics and current issues facing today's law enforcement executive leadership.



**FBI – LEEDA** and **LifeLock**, this year's Corporate Conference Sponsor, are powerful organizations with an insightful and durable partnership for community safety and Homeland Security. Join us Wednesday morning, March 31, as LifeLock presents an insight into the many new skills required for today's law enforcement executives to effectively respond to emerging local and global threats.

For up-to-date information visit our website:
**www.leedafbi.org**

Dress is business casual for all meetings
– business attire for banquet

## monday — March 29

### morning

**7:00 am – 8:30 am**
Breakfast served in Exhibit Area
(Exhibits Open 7:30 am – 3:00 pm)

**7:30 am – 3:30 pm**
Registration Open

**8:30 am – 9:45 am**
Opening Ceremonies and Program
  Call to Order: **Donald A. Dappen**, President
  Bagpiper
  Presentation of Colors
  Invocation
  National Anthem
  Pledge of Allegiance
  Welcome



**9:45 am – 10:30 am** *Keynote Speakers:*
  **Robert S. Mueller, III**, Director,
    Federal Bureau of Investigation;
  **Gil Kerlikowske**, Director,
    Office of National Drug Control Policy

### afternoon

**11:45 am – 1:15 pm**
Lunch – Speaker:
  **Todd Davis**, CEO, LifeLock

**1:15 pm – 4:30 pm**
Speaker: *Dale Henry, Ph.D.*,
*"TEAM – The Only 4 Letter Word Everyone Should Use"*

Dr. Henry is a well-known author, educator and trainer, will lead us to higher levels of individual and team excellence through his lively presentation (spouses and guests are encouraged to attend) [Break provided]



### evening

**5:30 pm – 9:00 pm** *Reception, Dinner and Tour*
Families are invited for an exciting evening at the **Georgia Aquarium** – billed as "the world's largest aquarium" housing more than 100,000 animals of 500 different species



Atlanta

**tuesday** March 30

**7:00 am – 8:30 am**
Breakfast served in Exhibit Area
(Exhibits Open 7:30 am – 3:00 pm)

**7:30 am – 11:30 am**
Registration Open

**8:30 am – 9:30 am**
*Troels Jorgensen, Assistant Commissioner,
EUROPOL (Netherlands, The Hague)*



**9:30 am – 12:30 pm**
*Colonel Steve Flaherty, Superintendent VA State Police,
"The Lessons We Continue to Learn from the Tragedy
at Virginia Tech"*

**12:30 – 1:30 pm**
Lunch served in Exhibit Area

**1:30 am – 2:30 pm**
*Jeff Fackler, Global Marketing Manager,
DuPont*
[Break]





**2:45 pm – 3:30 pm**
*Ret. Chief Darryl Stevens, Charlotte Mecklenburg
"Challenges Facing the 21st Century Law
Enforcement Professional"*

**3:30 pm – 4:30 pm**
*Michael Scott, University of Wisconsin Law School
"Executive Leadership in a Problem Solving Agency"*

**5:30 pm**
Open evening – free time
*There are many great places to visit in the downtown Atlanta
area including: Coke Center, CNN Center, shopping, museums*

**wednesday** March 31

**7:00 am – 8:30 am**
Breakfast served in Exhibit Area
(Exhibits Open 7:30 am – 1:00 pm)

**8:30 am – 9:15 am**
*Terrence Wyllie, FBI Terror Screening Center*

**9:15 am –12:15 pm**
*Justin Feffer, Senior Investigator,
LA County District Attorney's Office
Bob Boback, CEO, Tiversa*

*"Identity Theft – How to Deal With and Resources
Available to Combat America's Fastest Growing
Crime" (Law Enforcement Sensitive)*



**12:15 am – 1:15 pm**
Lunch – Speaker:
*Charles Shinholser, Concerns of Police Survivors
(COPS)*

**1:15 pm – 3:30 pm**
*Tommy Norris, Medal of Honor Recipient,
Navy Seal, Ret. FBI,
"Overcoming Adversity"*

**3:00 pm**
Annual Business Meeting and
Election of Sergeant-at-Arms and Third Vice President

**6:15 pm**
Banquet Reception

**7:00 pm**
Banquet and Installation of Officers
    Bagpiper
    Presentation of Colors
    Invocation
    National Anthem
    Pledge of Allegiance
    Installation of Officers



**FOUR DAYS AGO, OFFICER DANIEL NOVAL TOOK THREE SHOTS TO THE CHEST. TODAY HE'S ALREADY BACK IN THE GAME.**

Introducing Kevlar® XP™. The latest ballistic innovation from DuPont.

To learn more visit kevlarxp.dupont.com

**BE KEVLAR® READY.**

Kevlar. XP

Copyright © 2010 DuPont. All rights reserved. The DuPont Oval Logo, DuPont™ and Kevlar® XP™ are registered trademarks or trademarks of E. I. du Pont de Nemours and Company or its affiliates.

# ADVANCE REGISTRATION



## 19TH ANNUAL EXECUTIVE TRAINING CONFERENCE
### Atlanta, Georgia – March 29-31, 2010
*(Please print or type your name exactly as you would like your badge to read)*

LAW ENFORCEMENT EXECUTIVE
DEVELOPMENT ASSOCIATION
Federal Tax ID No. 36-3885342

Full Name: _____
           (Rank/Title)         (First)        (Middle)      (Last)

Department/Agency: _____

Address:_____

City: _____  State:_____  Zip Code: _____

Telephone: _____  Facsimile: _____

E-mail: _____

**Registration Fee:**

    MEMBER . . . . . . . . . . . . . $265.00 . . . . . . . . . . . . .($315.00 after March 5, 2010, or on site)
    SPOUSE . . . . . . . . . . . . . $185.00 . . . . . . . . . . . . .($225.00 after March 5, 2010, or on site)
    GUEST. . . . . . . . . . . . . . $295.00 . . . . . . . . . . . . .($345.00 after March 5, 2010, or on site)
    CHILD (12 or younger). . . . $125.00 . . . . . . . . . . . . .($150.00 after March 5, 2010, or on site)
    CHILD (13 or older) . . . . . . $185.00 . . . . . . . . . . . . .($225.00 after March 5, 2010, or on site)

**Cancellation Policy:**  Registrants who provide written notice of cancellation to the FBI - LEEDA office before March 15, 2010, will receive a refund less a $25.00 service charge.  Cancellations received between March 15 and March 22, 2010, will be subject to a $50.00 service charge.  No refunds will be provided for cancellations received after March 22, 2010, or for "no shows".

*(Please print or type name of spouse, child, or guest exactly as you would like the badge to read)*
**Name of Spouse, Child, or Guest** _____

    _____

## METHOD OF PAYMENT:

☐ Check or Money Order enclosed
    P.O. Number_____
☐ VISA
☐ MASTERCARD
Card Number _____
Exp. Date _____ /_____
(Issuing Bank) _____

_____
Signature

**MAIL THIS ADVANCE
REGISTRATION FORM AND
PAYMENT/CREDIT CARD
INFORMATION TO:**

Tom Stone
Executive Director
**FBI – LEEDA**
5 Great Valley Parkway, Suite 125
Malvern, PA  19355
Telephone:  1-877-772-7712
Facsimile:  610-644-3193
E-mail:  tstone@leedafbi.org

Jan2010



**REGISTRATION AVAILABLE ON-LINE AT www.leedafbi.org**
*• VISA OR MASTERCARD PAYMENT ACCEPTED WITH ON-LINE REGISTRATION*

# ■ New Corporate Partners

## ■ Welcome American Military University



### NEW GOLD LEVEL COPORATE PARTNER

**FBI – LEEDA** is pleased to welcome **American Military University** as a new Gold Level Corporate Partner.

American Military University is a regionally and nationally accredited university offering Bachelor and Master's Degrees in over 50 concentrations including Criminal Justice, Homeland Security, Security Management and Intelligence Studies. AMU classes are conducted 100% online. Originally designed so that deployed Military personnel could continue their studies, AMU now has over 50,000 students many of whom work in the Law Enforcement community. Undergraduate currently stands at $250.00 per credit $750.00 per 3 credit class. AMU maintains a Book Grant that covers the cost of undergraduate texts for students who maintain certain academic standards. Graduate courses are $275.00 per credit hour or $825.00 per 3 hour class but students must buy their own books.

FBI – LEEDA members interested in continuing their education may contact Tim Hardiman (FBI – LEEDA member and NA Graduate) at: 304-919-9051 or **thardiman@apus.edu**

## ■ Welcome California University of Pennsylvania

### NEW SILVER LEVEL COPORATE PARTNER

**FBI – LEEDA** is pleased to welcome **California University of Pennsylvania** as a new Silver Level Corporate Partner.

California University of Pennsylvania (Cal U), offers ONLINE graduate and undergraduate programs in Legal Studies. The Master of Science in Legal Studies includes curriculum track options in Law and Public Policy, Homeland Security and Criminal Justice. Founded in 1852, Cal U, a Middles States accredited institution, is a proud member of the Pennsylvania State System of Higher Education.

Please visit our website at **www.calu.edu/go** or contact Dr. Charles P. Nemeth, Chair and Professor of Legal Studies, at 724-597-7400 or nemeth@calu.edu for additional information.

California University of Pennsylvania
Building Character. Building Careers.

## ■ Welcome Hamilton Safe Company

### NEW SILVER LEVEL COPORATE PARTNER



FBI – LEEDA is pleased to welcome **Hamilton Safe Company** as a new **Silver Level Corporate Partner**.

Hamilton Safe Company manufacturers and provides physical and electronic security including safes, lockers, GSA approved security containers, safe deposit boxes, night depositories, vaults, vault doors, pneumatic drive-up tube systems, point-to-point tube systems, CCTV surveillance equipment and alarm and access control systems.

For more information, please visit their website: **www.hamiltonsafe.com**

## ■ Welcome Upper Iowa University

UPPER IOWA **UNIVERSITY**
Established in 1857®

### NEW SILVER LEVEL COPORATE PARTNER

FBI – LEEDA is pleased to welcome **Upper Iowa University** as a new **Silver Level Corporate Partner**.

Founded in 1857, Upper Iowa University is a private, not-for-profit university providing undergraduate and graduate degree programs and leadership development opportunities at various campuses and learning centers worldwide. UIU was recently recognized by Military Advanced Education magazine and GI Jobs magazine as a top military friendly school. UIU's online MBA and bachelor degree programs in Business Administration, Management, Psychology and Social Science are ranked as "Best Value in Online Education" by GetEducated.com, LLC for offering a high-quality distance education to a national audience at tuition rates well below the national average.

Upper Iowa University allows seamless movement across modalities for all students regardless of geographic location. For more information, please visit their website: **www.uiu.edu**

# ■ American Military University – *Educating Those Who Serve*

**American Military University** was founded in 1991 by retired Marine Corps officer James Etter. AMU's original purpose was to allow deployed Marine officers earn advanced degrees. The first classes were offered in 1993 when 18 students began taking the 22 courses offered in Military and Defense related fields. The University now serves over 60,000 students offering 76 Degree programs in fields as diverse as Sports Management to Military History to Intelligence Studies. Our classes are 100% online. AMU is an open enrollment institution. SATs are not required for undergraduate classes nor are GREs or GMATs required for graduate programs. Classes that may be of particular interest to FBI – LEEDA members are Bachelors and Masters Degrees in Criminal Justice, Homeland Security and Public Administration.

American Military University, through its parent organization American Public University System, is nationally accredited by the Distance Education Training Council and regionally accredited by the Higher Learning Commission of the North Central Association of Schools and Colleges. FBI – LEEDA members considering higher education should make sure any institution they evaluate is regionally accredited. This will ensure that any degrees or credits earned by the student will be accepted by employers and other schools. AMU provides accredited, affordable, convenient, education with likeminded individuals. Building on our success with the military we are expanding our participation within the law enforcement community.

***AMU is affordable.*** *Students seeking undergraduate degrees pay $250.00 per credit, $750.00 per three credit course. AMU has a grant that pays for undergraduate books as long as the student maintains certain academic standards. Graduate level courses are less than $900.00 per class but students do have to pay for their own books. Students should check the individual programs for further information.*

**AMU is convenient.** *Classes start the first Monday of every month. Classes run either eight or sixteen weeks. Some classes are offered in both options and others only one or the other; this depends on the intensity of the material for the individual class. Our classes are all asynchronous this means students do not have to be in the classroom on a particular day at a particular time. They are free to sign in and complete their assignments each week whenever it is convenient for them.*

**AMU is an institution of like-minded individuals.** *AMU is made up mainly of working adults. In addition to our military students we have many students working in various public safety positions. Many of our professors have experience in the subjects they teach as well as the necessary academic credentials.*

The AMU **Law Enforcement Outreach** (LEO) Team is made up of retired law enforcement officers two of whom are FBI – LEEDA members. We understand the challenges executives face in furthering their own academic careers and in encouraging their officers to further to do so. We partner with key law enforcement organizations to assist their members in reaching their academic objectives. These partnerships include the FBI National Academy Associates, Fraternal Order of Police, Southern Police Institute and now FBI – LEEDA We partner with these organizations by assisting them with their training and education needs.

We believe in education for law enforcement professionals. We are proud of our programs and we're confident that many officers will find our programs are right for them. But, some officers may prefer a brick and mortar school or may prefer another online program. We assist agencies and organizations with arranging education fairs. We contact other reputable online education providers while the host agency arranges for local institutions to participate. These Education Fairs are an effective way to encourage officers to advance their education. They also inform the officers about educational opportunities and allow them to compare programs.

AMU has over 900 full and part-time faculty members. We are proud to make these instructors available to our partners. In 2009 AMU provided instructors for four different regional National Academy conferences, the Mid-Atlantic LEEDS Conference and the International Association of Crime Analysts. We already have speakers lined up for 2010. AMU assumes all costs for our personnel associated with these training opportunities. This means it will not cost the organizers anything for these speakers' travel, lodging or meals. Any agency or organization that is seeking a speaker for a training event can contact the LEO Team for assistance.

If you would like further information please visit **www.amu.apus.edu**

 American Military University



111 W. Congress Street, Charles Town, WV 25414
Toll Free: 1-877-755-2787    Admissions: 877-777-9081
**www.amu.apus.edu/**

# ■ Corporate Partners Program

A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT



---

## ❖ Premier Level Corporate Partners

### *Purdue Pharma, LP*

| | |
|---|---|
| Contact: | Rick Zenuch, Director of Law Enforcement |
| | Liaison and Education |
| | One Stamford Forum |
| | Stamford, Connecticut 06901 |
| Telephone: | 203-588-7281 |
| Facsimile: | 203-588-6035 |
| | E-mail: richard.zenuch@pharma.com |



### *LifeLock*

| | |
|---|---|
| Contact: | Paige Pedersen, Manager of Educational Programs |
| | 60 East Rio Salado Parkway |
| | Suite 400 |
| | Tempe, Arizona 85281 |
| Telephone: | 480-457-2108 |
| Facsimile: | 480-907-2946 |
| | E-mail: paige@lifelock.com |



---

## ❖ Platinum Level Corporate Partners

### *V.H. Blackinton & Co., Inc.*

| | |
|---|---|
| Contact: | Tim Convery, Director of Sales |
| | 221 John L. Dietsch Blvd. |
| | Attleboro Falls, Massachusetts 02763 |
| Telephone: | 508-699-4436 x111 |
| Facsimile: | 508-699-0667 |
| | E-mail: tconvery@blackinton.com |

*Blackinton*®

### *Lockmasters Security Institute*

| | |
|---|---|
| Contact: | Deanna DeBorde, Manager – Sales |
| | 1014 South Main Street |
| | Nicholasville, Kentucky 40356 |
| Telephone: | 859-887-9633 ext. 213 |
| Facsimile: | 866-574-8724 |
| | E-mail: deannadeborde@lsieducation.com |



January 2010 – Issue I

# ■ Corporate Partners Program

A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT



## ❖ Platinum Level Corporate Partners

### Verizon Wireless Communications

Contact:    John G. Monroe, Program Manager
        Corporate Security
        1300 I Street, NW, Suite 400
        Washington, D.C. 20005
Telephone:  202-589-3747
        E-mail   john.monroe@verizonwireless.com



## ❖ Gold Level Corporate Partners

### American Military University

Contact:    Timothy J. Hardiman, Manager, Law Enforcement Programs
        APUS
        10110 Battleview Parkway, Suite 200
        Manassas, Virginia 20109
Telephone:  304-919-9051
        E-mail: thardiman@apus.edu
        www.amu.apus.edu/



### Taser International

Contact:    Clay Winn, Vice President
        Community and Customer Relations
        17800 N. 85th Street
        Scottsdale, Arizona 85255
Telephone:  800-978-2737 Ext. 2015
Facsimile:  480-515-6315
        E-mail:   clay@taser.com



### Thales Communications Inc.

Contact:    Stephen A. Nichols, Director
        Business Development-DHS/Public Safety
        22605 Gateway Center Drive
        Clarksburg, Maryland 20871
Telephone:  240-864-7919
        E-mail:   steve.nichols@thalescomminc.com



# ■ Corporate Partners Program
### A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT

---

## ❖  Silver Level Corporate Partner

---

### *California University of Pennsylvania*

| | |
|---|---|
| Contact: | Dr. Charles P. Nemeth, Chair and Professor of Legal Studies |
| | Southpoint Center |
| | 135 Technology Drive |
| | Cannonsburg, Pennsylvania 15317 |
| Telephone: | 724-597-7400 |
| | E-mail: nemeth@calu.edu |
| | www.calu.edu/go |

California University of Pennsylvania
Building Character. Building Careers.

---

### *Celevoke*

| | |
|---|---|
| Contact: | Rick Busick, National Account Manager |
| | 1308 N. Main Street |
| | Liberty, Texas 77575 |
| Telephone: | 512-772-1790; Cell 936-402-6156 |
| Facsimile: | 866-257-5370 |
| | E-mail:   rick.busick@celevoke.com |



---

### *ELSAG North America*

| | |
|---|---|
| Contact: | Nate Maloney, Director of Marketing and Communication |
| | 412 Clock Tower Commons |
| | Brewster, New York 10509 |
| Telephone: | 845-278-5426 |
| Cell: | 518-495-2288 |
| | E-mail: nate.maloney@elsagna.com |
| | www.elsagna.com |



---

### *Hamilton Safe Company*

| | |
|---|---|
| Contact: | Brian Strautman, Vice President, Sales and Marketing |
| | 3143 Production Drive |
| | Fairfield, Ohio 45014 |
| Telephone: | 513-874-3733 office |
| | E-mail: brian.strautman@hamiltonsafe.com |
| | www.hamiltonsafe.com |

**HAMILTON SAFE**®



# ■ Corporate Partners Program

A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT

## ❖ Silver Level Corporate Partner

### *The Williams Institute for Ethics and Management*

Contact:     James Young, Vice President of Education and Devel…
         6615 North Scottsdale Road, Suite 250
         Scottsdale, Arizona 85250
Telephone:  480-517-1891
         E-mail:  j.young@ethics-twi.org



### *Upper Iowa University*

Contact:     Tim Turnbull, Admissions Advisor,
         Center for Distance Education
         1101 Fifth Street
         Wes Des Moines, Iowa 50265
Telephone:  800-603-3756
         E-mail: distance@uiu.edu
         www.uiu.edu



## ❖ Bronze Level Corporate Partners

### *Bellevue University*

Contact:     Willie Woolford, Assistant Director National Outreach
         1000 Galvin Road South
         Bellevue, Nebraska 68005-3098
Telephone:  800-756-7920 ext 7632; 402-557-7371 (Local)
Facsimile:   402-557-5430
         E-mail:  willie.woolford@bellevue.edu



www.bellevue.edu

### *Glock, Inc.*

Contact:     Bob Schanen
         P.O. Box 1444
         Brookfield, Wisconsin 53045
Telephone:  262-790-6823
         E-mail: bob.schanen@glock.us



# ■ Corporate Partners Program

A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT

## ❖ Bronze Level Corporate Partners

### *National Equipment Register*

| | |
|---|---|
| Contact: | David Shillingford |
| | 545 Washington Blvd., 22-19 |
| | Jersey City, New Jersey 07310 |
| Telephone: | 212-297-1805, Toll-free: 866-663-7872 |
| Facsimile: | 212-354-9039 |
| | E-mail:  dshillingford@nerusa.com |



### *National Insurance Crime Bureau (NICB)*

| | |
|---|---|
| Contact: | Rusty Russsell, Director of Vehicular Investigations |
| | 1111 E. Touhy Ave., Suite 400 |
| | Des Plaines, Illinois 60018 |
| Telephone: | 800-447-6282 Ext 7020 |
| Facsimile: | 847-544-7101 |
| | E-mail:  drussell@nicb.org |



### *Target Corporation*

| | |
|---|---|
| Contact: | Ms. Mahogany Eller |
| | Government and Community |
| |   Partnerships - Asset Protection |
| | Target Corporation |
| | 1000 Nicollet Mall, TPS – 2087 |
| | Minneapolis, Minnesota 55403 |





# Three days.
# Too many opportunities.
# One great conference.

Mark your calendars for our **19th Annual Executive Training Conference** at the premier Atlanta Marriott Marquis in downtown Atlanta. March 29–31, 2010.

You won't want to miss it!
Reserve your seat today!



Leadership.     Courage.     Knowledge.



# ■ Corporate Partners Program

A SPECIAL THANK YOU TO OUR CORPORATE PARTNERS FOR YOUR CONTINUED SUPPORT



## ❖ Corporate Partners

### Brunswick Boat Group –
### Boston Whaler Commercial and Government

| | |
|---|---|
| Contact: | Don Ellingsen |
| | 420 Megan Drive |
| | Edgewater, Florida 32132 |
| Telephone: | 386-423-2900 |
| Facsimile: | 386-423-9187 |
| | E-mail: |
| | dellingsen@whaler.com |

### BI Worldwide

| | |
|---|---|
| Contact: | Scott Terrell |
| | 6579-B Peachtree Industrial Boulevard |
| | Norcross, Georgia 30092 |
| Telephone: | 770-242-8002 |
| Facsimile: | 770-242-8088 |
| | E-mail:  sterrell@bi-ww.com |

**Business Innovations**
*A Premier Promotional Agency*

### EMPCO, Inc.

| | |
|---|---|
| Contact: | John Higgins, President |
| | 1740 W. Big Beaver Road, Suite 200 |
| | Troy, Michigan 48084 |
| Telephone: | 248-528-8060 |
| | 866-367-2600 |
| Facsimile: | 248-526-7274 |
| | E-mail:  john@empco.net |

EMPCO INCORPORATED

### Justice Federal Credit Union

| | |
|---|---|
| Contact: | Joan Kayne |
| | 5175 Parkstone Drive, Suite 200 |
| | Chantilly, Virginia 20151 |
| Telephone: | 703-480-5300  Ext. 3130 |
| Facsimile: | 703-480-5444 |
| | E-mail: |
| | kaynej@jfcu.org |

JUSTICE Federal Credit Union
jfcu.org

### Laser Shot

| | |
|---|---|
| Contact: | Steve White |
| | 25 Highlands Creek Way |
| | Oxford, Georgia 30054 |
| Telephone: | 678-625-1821 |
| Facsimile: | 281-240-8241 |
| | E-mail:  swhite@lasershot.com |

LASER SHOT
SHOOTING SIMULATIONS

### MagnumSpike!
### (Phoenix International Ltd.)



| | |
|---|---|
| Contact: | Adi Dhondy |
| | 20860 Heather View Drive |
| | Brookfield, Wisconsin 53045 |
| Telephone: | 262-784-2732   888-667-9494 |
| Facsimile: | 262-784-7946 |
| | E-mail:  tdd@magnumspike.com |

### ManTech Cyber Solutions

ManTech International Corporation ®

| | |
|---|---|
| Contact: | Hugh Scher |
| | 12015 Lee Jackson Highway |
| | Fairfax, Virginia 22033 |
| Telephone: | 703-388-2169 |
| | E-mail:  hugh.scher@mantech.com |

### Police & Sheriffs Press

| | |
|---|---|
| Contact: | Carol Conaway |
| | P. O. Box 1489 |
| | Lyons, Georgia 30474 |
| Telephone: | 912-537-0780 |
| Facsimile: | 912-537-4894 |
| | E-mail:  carol@pasp365.com |

### Raytheon

**Raytheon**

| | |
|---|---|
| Contact: | Roman Kaluta |
| | 5800 Departure Drive |
| | Raleigh, North Carolina 27616 |
| Telephone: | 919-790-1011 |
| Facsimile: | 919-790-1456 |
| | E-mail:  roman.kaluta@raytheon.com |

### Security Industry Alarm Coalition

| | |
|---|---|
| Contact: | Stan Martin, Executive Director |
| | 11209 New Orleans Drive |
| | Frisco, Texas 75035 |
| Telephone: | 972-377-9401 |
| Facsimile: | 972-377-9285 |
| | E-mail:  stan@siacinc.org |

SIAC
Security Industry Alarm Coalition

# ■ Welcome New Members

*2010 bring another new year and additional FBI – LEEDA "family" members - Welcome!*

**Chief Timothy L. Adkins** – Ravenna Police Department, Ravenna, OH
**Sergeant Jake Adler** – Nederland Police Department, Nederland, CO
**Sergeant Raul Michael Ahumada** – Seal Beach Police Department, Seal Beach, CA
**Lieutenant Richard C Allsbrok** – Greenville Police Department, Greenville, NC
**Lieutenant Timothy E. Ames** – Woodhaven Police Department, Woodhaven, MI
**ASAC Joseph Anarumo** – USDOJ ATF, Miami, FL
**Lieutenant Robert C. Anderson** – Madison Heights Police Department, Madison Heights, MI
**Assist Commissioner Arne Andersson** – National CID, Stockholm, Sweden
**Sergeant Roger J. Anthony** – Auburn Police Department, Auburn, NY
**Sergeant Keith A. Applequist** – Chicago Heights Police Department, Chicago Heights, IL
**Commander Ross Arena** – Leelanau County Sheriff's Office, Suttons Bay, MI
**Lieutenant Edward T. Arnold** – Grosse Pointe Park Department Public Safety, Grosse Pointe Park, MI
**Chief David M. Bachman** – City of Manistee, Manistee, MI
**Sergeant Joe Baird** – Gillette Police Department, Gillette, WY
**Sergeant Jeffrey P. Bault** – Pennsylvania State Police, Breiningsville, PA
**Lieutenant Matthew C. Bauserman** – Grand Blanc Township Police Department, Flint, MI
**Sergeant Tony L. Beam** – Springettsbury Township Police, York, PA
**Chief Chief Scott M. Bentzinger** – Hancock County Sheriff's Office, Carthage, IL
**Inspector Francis D. Bergen** – Toronto Police Service, Toronto, Ontario, Canada
**Chief Deputy Richard Ira Berkowitz** – DeKalb County Marshall's Office, Decatur, GA
**Lieutenant Timothy J. Bialek** – Chicago Police Department, Chicago, IL
**Deputy Chief Chris Bingham** – Georgia Gwinnett College Police Department, Lawrenceville, GA
**Sergeant Dirk Blackmer** – Gillette Police Department, Gillette, WY
**Lieutenant Bobby D. Blackmon** – New Hanover County Sheriff's Office, Wilmington, NC
**Deputy Chief Richard F. Blass** – Bellwood Police Department, Bellwood, IL
**Deputy Chief Kirk M. Bouyelas** – New Orleans Police Department, New Oleans, LA
**Chief Timothy A. Bowers** – Warren Police Department, Warrem, OH
**Lieutenant Stephen Boyda** – Riley County Police Department, Manhattan, KS
**Chief Darryl Boykins** – South Bend Police Department, South Bend, IN
**Sergeant Rich  Brodrick** – East Peoria Police Department, East Peoria, IL
**Lieutenant Richard J. Brown** – Waterbury Police Department, Waterbury, CT
**SSA John Brown** – F.B.I., Chicago, IL
**Deputy Chief Brian J. Budds** – Western Springs Police Department, Western Springs, IL
**Sergeant Jim Bundy** – Longmont Police Department, Longmont, CO
**Lieutenant Heather Capetillo** – Oviedo Police Department, Oviedo, FL
**Chief William M. Card** – Sheridan Police Department, Sheridan, WY
**Lieutenant Robert A. Carson** – Beaufort City Police Department, Beaufort, SC
**Lieutenant Tammy S. Carter** – Conway City Police Department, Conway, SC
**Inspector Randy M. Carter** – Toronto Police Service, Toronto, Ontario, Canada
**Deputy Chief Barbara Cascio** – Franklin Park Police Department, Franklin Park, IL
**Manager Theresa Cavalier** – Boulder County Sheriff's Office, Boulder, CO
**Officer Ciro M. Cetrangolo** – Richmond Police Department, Richmond, IL
**Lieutenant Timothy A. Chapman** – Conway City Police Department, Conway, SC
**Sergeant Ginger Charles** – Arvada Police Department, Arvada, CO
**Sheriff James W. Childers** – Greenbrier County Sheriff's Department, Lewisburg, WV
**Chief Robert M. Collins** – Bellwood Police Department, Bellwood, IL
**Chief Christopher J. Collins** – Willoughby Hills Police Department, Willoughby Hills, OH
**Commander Stephen J. Colon** – Santa Ana Police Department, Santa Ana, CA
**Inspector Neil Corrigan** – Toronto Police Service, Toronto, Ontario, Canada
**Captain Michael P. Costello** – City of Lockport Police Department, Lockport, NY
**Lieutenant Allen L. Cox** – City of Plymouth, Plymouth, MI
**Corporal Ramsey Crochet** – Colorado State University Police Department, Fort Collins, CO
**Sergeant C. W. Crutcher** – Rosebud Police Department, Rosebud, TX
**Chief John Karl Dahlberg** – Mount Prospect Police Department, Mount Prospect, IL

# ■ Welcome New Members

*2010 bring another new year and additional FBI – LEEDA "family" members - Welcome!*

**ASAC Kelly M. Darden** – DOJ - F.B.I., N Miami Beach, FL
**Lieutenant Michael A. DaSilva** – Waterbury Police Department, Waterbury, CT
**ASAC Steven M. Dean** – F.B.I., Seattle, WA
**Chief Michael Deegan** – South Barrington Police Department, South Barrington, IL
**Sergeant Patrick R. DePriest** – Sterling Heights Police Department, Sterling Heights, MI
**Chief Steven R. DeWitt** – Howard City Police, Howard City, MI
**Deputy Chief Eric J. Dooley** – Atlantic City Police Department, Atlantic City, NJ
**Sergeant Daniel J. Doyle, Sr.** – Tullytown Borough Police Department, Tullytown, PA
**Senior Manager Martin L. Dubbey** – Serious Organized Crime Agency UK, London, UK
**Captain Sabrina Dunifer** – Chester County Sheriff's Office, Chester, SC
**Lieutenant Brian L. Dunlap** – Hobbs Police Department, Hobbs, NM
**David A. Edmunds** – Summit County Sheriff's Office, Park City, UT
**Sergeant William Elger** – Gillette Police Department, Gillette, WY
**Captain Scott Elliott** – Niagara County Sheriff's Office, Lockport, NY
**Chief Michael S. Emigh** – Perry Township Police Department, Salem, OH
**Lieutenant Tamera L. Eschendal** – Harper Woods Police Department, Harper Woods, MI
**Sergeant Harold D. Fankell** – Greenbrier County Sheriff's Department, Lewisburg, WV
**Sergeant Jimmy Fawaz** – Sterling Heights Police Department, Sterling Heights, MI
**Sergeant Gregory J. Feamster** – City of Fenton Police Department, Fenton, MI
**Chief Neil R. Ferdelman** – Hamilton Police Department, Hamilton, OH
**Inspector Chris Fernandes** – Toronto Police Service, Toronto, Ontario, Canada
**Sergeant Dan Fessenden** – Broomfield Police Department, Broomfield, CO
**Deputy Chief Frank L. Figueroa** – Stickney Police Department, Stickney, IL
**Sergeant Richard Filipow** – Fairfield Police Department, Fairfield, NJ
**Supervisor Donna Foster** – Boulder County Sheriff's Office, Boulder, CO
**Sergeant Kevin R. Freeman** – North Kansas City Police, North Kansas Cith, MO
**Sergeant Edward Frischkorn** – Guttenberg Police Department, Guttenberg, NJ
**Chief William J. Gallagher** – Lake Bluff Police Department, Lake Bluff, IL
**Chief Catherine M. Garcia-Lindstrom** – Walker Police Department, Walker, MI
**Lieutenant Greg Garland** – Dona Ana County Sheriff's Department, Las C, NM
**Staff Sergeant Joseph M. Garvey** – Niagara Regional Police, St. Catharines, Ontario, Canada
**Philip Lee Gonshak** – Seal Beach Police Department, Seal Beach, CA
**Detective Sergeant Nathan J. Gonzalez** – Essex County College Police Department, Newark, NJ
**Sergeant Mark Goodell** – Broomfield Police Department, Broomfield, CO
**Captain William F. Goodwin** – CCSD Police Department, Las Vegas, NV
**Captain Charles J. Grant** – Chester County Sheriff's Office, Chester, SC
**Chief Terrence Green** – Lexington Police Department, Lexington, SC
**Director Curtis A. Griffin** – Virgin Island Police, Saint Thomas, US VI
**Deputy Chief Steven L. Grinnewald** – Dowagiac Police Department, Dowagiac, MI
**Detective Frank D. Groome** – Upper Southampton Police Department, Southampton, PA
**Chief Richard Guisti** – Middlebury Police Department, Middlebury, CT
**Lieutenant Corey K. Haines** – Madison Heights Police Department, Madison Heights, MI
**Chief Mark E. Hall** – Clarion Borough, Clarion, PA
**Asst. Chief William Hamric** – Collierville Police Department, Collierville, TN
**Det. Chief Superintendent Adrian Hanstock** – Metropolitan Police Service, London, UK
**Inspector Timothy J. Hardiman** – NYPD, New York, NY
**Marine Safety & Protection Officer Hugo Harmatz** – USCG Aux 2-3, Colts Neck, NJ
**Sergeant Sean Harper** – Longmont Police Department, Longmont, CO
**Lieutenant Scott Harris** – Colorado State University Police Department, Fort Collins, CO
**Director Roy James Harris** – Chatham - Savannah Counter Narcotics Team, Savannah, GA
**Superintendent John E. Hawkins** – Lothian Borders Police, Edinburgh, Mid Lothian
**Chief Michael A. Henry** – New Haven Police Department, New Haven, MI
**Deputy Chief Bruce K. Herridge** – York Regional Police, Newmarket, Ontario, Canada

# ■ Welcome New Members

*2010 bring another new year and additional FBI – LEEDA "family" members - Welcome!*

**Lieutenant Steve R. Hill** – Grand Blanc City Police Department, Grand Blanc, MI
**Chief William H. Holbrook** – Huntington WV Police Department, Huntington, WV
**Commander Charles A. Holloway** – Saluda Police Department, Saluda, SC
**Section Chief Clifford C. Holly** – F.B.I., Quantico, VA
**Lieutenant Kenneth L. Holmes** – Michigan State Police, East Lansing, MI
**Sergeant Gregory C. Horton** – Mount Pleasant Police Department, Mt. Pleasant, SC
**Lieutenant George M. Hutter** – Midland Police Department, Midland, MI
**Chief Wade Ingram** – Markham Police Department, Markham, IL
**Detective Sergeant Michael K. Irey** – Nether Providence Township Police Department, Wallingford, PA
**Captain Douglas E. Isley** – Charleston County Aviation Police Department, Charleston, SC
**Lieutenant Brian K. Jamison** – Barberton Police Department, Barberton, OH
**Deputy Chief Bryan Jarrell** – Southfield Police Department, Southfield, MI
**Deputy Chief James J. Jobe** – Norridge Police Department, Norridge, IL
**Deputy Director Jon P. Johnston** – Blackman Township Public Safety, Jackson, MI
**Deputy Inspector General Muhammad Azam Joiya** – Federal Investigation Agency Pakistan, Lahore, Punjab
**Captain James A. Jones** – Port Huron Police Department, Port Huron, MI
**Sergeant Grady G. Joseph** – San Anselmo Police Department, Fairfield, CA
**Sergeant Daniel T. Keller** – White Lake Township Police Department, White Lake, MI
**Captain Todd E. Keller** – Ward County Sheriff's Department, Minot, ND
**Lieutenant Edwin C. Kellogg** – National Security Agency, Fort Meade, MD
**Detective Sergeant Rex King** – Braidwood Police Department, Braidwood, IL
**Chief Michael A. Klein** – Harrison Township Police, Natrona Heights, PA
**Captain David Knipes** – Myrtle Beach Police Department, Myrtle Beach, SC
**Sergeant Richard D. Knotek** – Cuyahoga Falls Police Department, Cuyahoga Falls, OH
**Chief Joseph M. Kreins** – Novato Police Department, Novato, CA
**Randall C. Krizmanich** – F.B.I., Chicago, IL
**Sergeant David A. Krull** – Riverside Police Department, Riverside, IL
**Chief John M. Kuivila** – City of Newton Falls Police Department, Newton Falls, OH
**Inspector Kari L. Kusmierz** – Michigan State Police, Grand Rapids, MI
**Officer Raymond Laguna** – Westchester County Correction, Valhalla, NY
**Lieutenant Christopher M. Lalka** – City of Lackawanna, NY Police, Lackawanna, NY
**Chief Scott J. Lambka** – Raisin Township Police Department, Tecumseh, MI
**Chief Steven C. Lamken** – Grand Island Police Department, Grand Island, NE
**Captain Michelle A. Lee** – Kent Police Department, Kent, OH
**Lieutenant Robert E. Lenters** – Franklin Police Department, Franklin, TN
**Lieutenant Salvatore Licata** – City of Lockport Police Department, Lockport, NY
**Sergeant Michael P. Linden** – Boulder County Sheriff's Office, Boulder, CO
**Sergeant Bryan Lingo** – Broomfield Police Department, Broomfield, CO
**Sheriff Deryl B. Loar** – Indian River County Sheriff's Office, Vero Beach, FL
**Lieutenant Manion P. Long** – Dona Ana County Sheriff's Department, Las Cruces, NM
**Lieutenant John S. Love** – Northern Regional Police Department, Wexford, PA
**Chief Carol J. Lussky** – Pingree Grove Police Department, Pingree Gove, IL
**Legal Advisor Andrew R. Macdonald** – Boulder County Sheriff's Office, Boulder, CO
**Sergeant Alan M. Maciag** – City of Wayne Police Department, Wayne, MI
**Captain Robert D. MacLean** – United States Park Police, Washington, DC
**Chief of Police (Ret.) Dave H. Malone** – American Military University, Manassas, VA
**Sergeant Warren B. Martin** – Mount Pleasant Police Department, Mt. Pleasant, SC
**Supervisor Kristine Mason** – Longmont Police Department, Longmont, CO
**Captain Sharon W. Massey** – Deer Park Police Department, Deer Park, TX
**Lieutenant Charles D. Mattingly** – Sedgwick County Sheriff's Office, Wichita, KS
**Lieutenant Scott E. Mazur** – Rockford City Police Department, Rockford, MI
**Director Michael W. McCracken** – Pittsburg State University Police Department, Pittsburgh, KS
**Lieutenant Terrence A. McDonnell** – Bloomfield Hills Public Safety, Bloomfield Hills, MI

# ■ Welcome New Members



*2010 bring another new year and additional FBI – LEEDA "family" members - Welcome!*

**Commander Douglas Scott McGeachy** – Santa Ana Police Department, Santa Ana, CA
**Sergeant Jason Meisner** – Colorado State University Police Department, Fort Collins, CO
**Chief County Detective Julio C. Mendez** – York County District Attorney's Office, York, PA
**Lieutenant Casimir C. Miarka** – Auburn Hills Police, Auburn Hills, MI
**Chief James L. Michel** – City of Lackawanna, NY Police, Lackawanna, NY
**Deputy Chief Douglas A. Middleton** – Henrico County Police, Henrico, VA
**Lieutenant Denise M. Miles** – New Orleans Police Department, New Orleans, LA
**Sergeant Carol M. Millgard** – Birmingham Police Department, Birmingham, MI
**Chief Kevin L. Milosevich** – Cith of Renton, Renton, WA
**Captain Jamie A. Mitchell** – Chester County Sheriff's Office, Chester, SC
**Director Jonathon Monken** – Illinois State Police, Springfield, IL
**Captain Ruben Montanez** – Los Angeles County Police, Los Angeles, CA
**Sergeant Vincent R. Montez** – Boulder County Sheriff's Office, Boulder, CO
**Sergeant Jeff Monzingo** – Arvada Police Department, Arvada, CO
**Sergeant Thomas M. Morey** – Blue Island Police Department, Blue Island, IL
**ASAC Keith B. Moses** – F.B.I., Nashville, TN
**Sheriff Kevin E. Mueller** – Keith County Sheriff's Office, Ogallala, NE
**Assistant Commissioner Mark J. Murdoch** – New South Wales Police Force, Wellougorg, NSW
**Lieutenant John Napolitano** – Essex County Sheriff's Office, Newark, NJ
**Director Deborah Nasta** – Boulder County Sheriff's Office, Boulder, CO
**Lieutenant Paul Nevarez** – Dona Ana County Sheriff's Department, Las Cruces, NM
**Deputy Chief Rick  Nichols** – Canton Police Department, Canton, IL
**Lieutenant Paul M. Noel** – New Orleans Police Department, New Oleans, LA
**Police Brig General Halba R. Nugroho** – Indonesian National Police, Jakarta, Indonesia
**Lieutenant Eric Oathes** – Beaverton Police Department, Beaverton, OR
**Sergeant Michael A. Odette** – City of Burton Police Department, Burton, MI
**Sergeant Jason K. Oehlkers** – Boulder County Sheriff's Office, Boulder, CO
**Commander Michael S. Olshefke** – Highland Park Police Department, Highland Park, IL
**Commander James E. O'Shea** – River Forest Police Department, River Forest, IL
**Supervising Investigator Steve Packwood** – State of California - Investigations, Windsor, CA
**Murphy J. Painter** – Louisiana Office of Alcohol & Tobacco Control, Baton Rouge, LA
**Deputy Chief Michael S. Painter** – Kent Police Department, Kent, WA
**Sergeant Andrew M. Peters**  – LaGrange Police Department, LaGrange, IL
**Lieutenant Christine M. Petersen** – Jersey City Police, Jersey City, NJ
**Chief George Phifer** – Huron-Clinton Metroparks Police Department, Brighton, MI
**Undersheriff Jack J. Phillips** – Clinton County Sheriff's Office, St. Johns, MI
**Sam C. Pitassi** – Melrose Park Police Department, Melrose Park, IL
**Sergeant Peter Pollack** – Fairfield Police Department, Fairfield, NJ
**Chief Randel L. Pompey** – Coloma Township Police Department, Coloma, MI
**Chief Kim J. Pound** – White Mountain Apache Police Department, Whiteriver, AZ
**Lieutenant Amy Prock** – Myrtle Beach Police Department, Myrtle Beach, SC
**Major Stephen J. Reuther** – St. Lucie Sheriff's Office, Ft. Pierce, FL
**Lieutenant Arlis Rhodes** – Dona Ana County Sheriff's Department, Las Cruces, NM
**Sergeant Timothy J. Rhudy** – Waco Police Department, Waco, TX
**Sergeant Ronald W. Riedel** – Barrington Hills Police Department, Barrington Hills, IL
**Director John R. Riley** – Center Line Department of Public Safety, Center Line, MI
**Captain Keith D. Roberts** – Parkersburg Police Department, Parkersburg, WV
**Commander Charnette I. Robinson** – Metropolitan Police Service, Washington, DC
**Lieutenant Linda B. Robinson** – Harris County District Attorney, Houston, TX
**Assistant Chief John C. Rossi** – NYS University Police-SUNY Oswego, Oswego, NY
**Sergeant Michelle L. Rushing** – Braidwood Police Department, Braidwood, IL
**Chief Stephen J. Sabol** – Veterans Affairs Police Department, Lebanon, PA
**Lieutenant Ed F. Sailer** – Carol Stream Police Department, Carol Stream, IL

# ■ Welcome New Members

*2010 bring another new year and additional FBI – LEEDA "family" members - Welcome!*

**Lieutenant John M. Sakoian** – Upper St. Clair Police Department, Upper St. Clair, PA
**Chief Joseph P. Salvaggio** – United States Air Force Security Forces, San Antonio, TX
**Inspector David B. Saunders** – Toronto Police Service 11 Division, Toronto, Ontario, Canada
**Lieutenant Gaetano C. Sava** – Bristol Township Police Department, Bristol, PA
**Sergeant Chris Schmad** – Longmont Police Department, Longmont, CO
**Sergeant Brad L. Schronk** – Waco Police Department, Waco, TX
**Sergeant Timothy Schuck** – Riley County Police Department, Manhattan, KS
**Sergeant Jamie S. Schultz** – City of Blue Island Police, Blue Island, IL
**Captain Brad J. Schutter** – Wyoming Police Department, Wyoming, MI
**Sergeant Ron Sigman** – Broomfield Police Department, Broomfield, CO
**Chief John J. Sliozis** – Deerfield Illinois Police, Deerfield, IL
**Major Virginia Sloan** – Chester County Sheriff's Office, Chester, SC
**Chief Darrell L. Smith** – Kankakee County Sheriff's Police, Kankakee, IL
**Sergeant Clifford M. Snitzky** – Bethel Park Police, Bethel Park, PA
**Sergeant Michael D. Solwold** – Oxford Police, Oxford, MI
**Lieutenant Colonel Robert T. Stanford** – USMC, Washington, DC
**Chief Steven A. Stephens** – Vienna Police Department, Vienna, WV
**Lieutenant Roderick L. Stinson** – Rock Hill Police Department, Rock Hill, SC
**Chief Deputy James C. Summer** – Harris County Pct 4 Constable Department, Spring, TX
**Chief Zachary G. Szakacs** – Evart Police Department, Evart, MI
**Barbara Tarad** – ManTech Security & Mission Assurance, Falls Church, VA
**David Tembe** – Johannesburg Metro Police Department-South Africa, Johannesburg, South Africa
**Sergeant Chris J. Terry** – Broomfield Police Department, Broomfield, CO
**Deputy Chief Clayton NYW Tom** – Maui Police Department, Wailuka, HI
**Sergeant Richard K. Trout** – West Manchester Township Police, York, PA
**Deputy Chief Harvey W. Van Cleave** – Morris Police Department, Morris, IL
**Lieutenant Kevin P. Velzy** – NYS University Police-SUNY Oswego, Oswego, NY
**Deputy Chief Donald J. Volk** – Washington Police Separtment, Washington, IL
**Supervisor Tom Vrtis** – Boulder County Sheriff's Office, Boulder, CO
**Sergeant Michael R. Wagner** – Boulder County Sheriff's Office, Boulder, CO
**Lieutenant Kevin Wagner** – Broadview Police Department, Broadview, IL
**Chief Kurt S. Wahlen** – Racine Police Department, Racine, WI
**Lieutenant Michael K. Wallace** – New Hanover County Sheriff's Office, Wilmington, NC
**Director David D. Walsh** – Alma Department Public Safety, Alma, MI
**Chief Daniel A. Walter** – Carey Police Department, Carey, OH
**Sheriff Kelvin C. Washington** – Williamsburg County Sheriff's Office, Kingstree, SC
**Detective Sergeant Brent E. Wells** – East Alton Police Department, East Alton, IL
**Lieutenant Brian Wentland** – Niagara County Sheriff's Office, Lockport, NY
**Chief Public Safety Officer Gerald A. Wheeler** – Seminole Tribe of Florida, Hollywood, FL
**Detective Martin White** – Carnegie Mellon University Police, Pittsburgh, PA
**Lieutenant Anthony P. White** – Greenville Police Department, Greenville, SC
**Sergeant Brian T Wilbur** – Springettsbury Twp Police, York, PA
**Superintendent Mark K. Williams** – Lothian And Borders Police, Edinburgh, Mid Lothian
**Lieutenant Scott G. Wilson** – Bloomfield Hills Public Safety, Bloomfield Hills, MI
**Major Gregory R. Winds** – DeKalb County Marshall's Office, Decatur, GA
**Sergeant Troy Wolf** – Boulder County Sheriff's Office, Boulder, CO
**Lieutenant Chris Wolf** – Colorado State University Police Department, Fort Collins, CO
**Sergeant Brian D. Wolf** – Froltelac Police Department, Froltelac, MO
**Sheriff Dallas D. Wolfe** – Preston County Sheriff's Office, Kingwood, WV
**Sergeant Kerry Yamaguchi** – Boulder Police Department, Boulder, CO
**Deputy Chief Patrick R. Yost** – Wauconda Police Department, Wauconda, IL
**Chief Raymond F. Zydonik** – City of Warren Police, Warren, PA

# Who cares what's in *their* wallet.

## You could have a FBI-LEEDA Visa® Card in yours!



YOU AUTOMATICALLY QUALIFY FOR

**$5,000***

NOW OFFERING REWARDS POINTS!

You automatically qualify to receive a FBI-LEEDA VISA card with a $5,000 credit limit.*

- 6.90% APR** introductory rate for the first six months
- Fixed rate 11.90% APR** after the first six months
- CURewards, earn one point, for every dollar you spend! Redeemable for travel, airfare, and name-brand merchandise
- Plus, FBI-LEEDA earns money back from each transaction

**Request your card today! Call us at 800.550.5328**



JUSTICE®
Federal Credit Union
jfcu.org

Information current as of November 1, 2009 and is subject to change without notice. Membership with Justice FCU must be established via a Share Account prior to the approval of the FBI-LEEDA Visa card application.
*Existing members of Justice FCU must be in good standing, have recurring income and not have caused a loss. **APR=Annual Percentage Rate.



**FBI – LEEDA Insighter**
Suite 125
5 Great Valley Parkway
Malvern, PA 19355

**January 2010 –** Issue I



ADVANCE REGISTRATION

**2010 Executive Training Conference**
Atlanta, Georgia
March 29-31, 2010

at the Atlanta Marriott Marquis



## YOU ARE A
# LEADER
*Certificates • Associates • Bachelors • Masters*

## YOU ARE
# UIU
www.uiu.edu/fbileeda



## Upper Iowa University enhances your leadership skills by offering quality degree programs.

- Flexible delivery options
  - *Online*
  - *Independent Study*
- Regionally accredited
- No on-campus residency required
- Highly qualified and supportive faculty
- Ranked in top 10 percent of nation's online programs - *Online Educational Database (OEDb) 2009*

**Master of Public Administration:**
- Homeland Security
- Justice Administration

**Bachelor of Science Degrees:**
- Criminal Justice
- Emergency and Disaster Management
- Public Administration: Law Enforcement Emphasis



**Upper Iowa University partnerships:**
- National Fraternal Order of Police University (NFOPU)*
- International Union of Police Associations (IUPA)*
- FBI National Academy Associates (FBINAA)*
- FBI Law Enforcement Executive Development Association (FBI-LEEDA)*

*All members of these organizations receive a tuition discount.*


UPPER IOWA UNIVERSITY
Established in 1857®

# UPPER IOWA UNIVERSITY
## 1-800-603-3756 • www.uiu.edu/fbileeda
On Campus • Online • Independent Study • U.S. & International Centers