# Exhibit C



# Duluth Police

3276 Buford Hwy. • Duluth, GA 30096-3273

**DETECTIVE FRAN FOSTER**
Criminal Investigations Division

770-476-4151 phone
678-512-3789 fax
770-495-8567 tdd

Direct Line: 678-512-3719
E-mail: ffoster@duluthpd.com
Web Page: duluthpd.com



**MICHAEL B. MCDANIEL**
SPECIAL AGENT IN CHARGE

## GEORGIA BUREAU OF INVESTIGATION
REGION 14 FIELD OFFICE

111 North Gross Road
Kingsland, Georgia  31548
Email: Michael.McDaniel@gbi.ga.gov

Phone: (912) 729-6198
Fax:    (912) 729-3618



Thomas R. Benson, Jr.
Captain, Investigations Division

Thomas R. Benson @ 
180gov

**MONROE COUNTY SHERIFF'S OFFICE**

~~66 Chambers Street~~
Forsyth, GA 31029

478
Forsyth (912) 994-7043
FAX (912) 994-7012

## ROTHWELL CONFIDENTIAL SERVICES
Law Enforcement Instruction
Dr. Gary R. Rothwell

31 Year State Criminal Investigator
20 Years Supervisory Experience
Certified Senior Training Instructor

1239c Russell Parkway, #10
Warner Robins, GA 31088
478-662-8058

rothwellconfidential@outlook.com

Retired GBI SAC

# NATIONAL SHERIFFS' ASSOCIATION



**SHERIFF JOHN CARY BITTICK**
PAST PRESIDENT
Chairman, Government Affairs Committee
Chairman, Intelligence Sub-Committee

Office of the Sheriff
Monroe County
PO Box 276
Forsyth, GA  31029

478.994.7048 Office
478.994.7012 Fax
nsapresident@aol.com