# Exhibit D



**Joel G. Baker, CFO, MIFireE**
Interim Fire Chief

Atlanta Fire Rescue Department
Public Safety Headquarters
226 Peachtree Street, SW
Atlanta, GA 30303

Office: (404) 546-7130
Cell: (404) 379-6269
Fax: (404) 546-8761
JGBaker@atlantaga.gov



**Fairburn Police Department**

**J. A. McCarthy**
Chief of Police

191 S. W. BROAD STREET
FAIRBURN, GEORGIA 30213

770-964-1441
Fax 770-774-7908
chiefmccarthy@fairburn.com



**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

**David A. West**
Supervisory Special Agent
Cyber

2635 Century Pkwy NE
Suite 400
Atlanta, GA 30345

Telephone:  (404) 679-9000
Fax:  (404) 679-1417
E-mail: david.west@ic.fbi.gov



**Deputy Chief C. W. Moss**
Commander
Criminal Investigations Division

ATLANTA POLICE DEPARTMENT
226 Peachtree St., S.W.
Atlanta, GA 30303

OFFICE: (404) 546-4236
EFAX: 404-546-9405
E-mail: cmoss@atlantaga.gov

United States Department of Justice
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS & EXPLOSIVES

**SCOTT SWEETOW**
Assistant Special Agent in Charge
Atlanta Field Division

2600 Century Pkwy NE, #300
Atlanta, GA 30345

TEL: (404) 417-2625
CELL: (202) 277-7867
Scott.Sweetow@atf.gov

 

**GLOCK** PERFECTION

**Tony Musa**
Federal Sales Manager

**GLOCK, Inc.**
6000 Highlands Parkway
Smyrna, GA 30082
Email: tony.musa@glock.us

7711 S. Raeford Rd. Ste. 102
P.O. Box 132
Fayetteville, NC 28304
Tel: (770) 432-1202
Cell: (910) 574-1622
Fax: (770) 433-8719



**Lieutenant Byron K. Martin**
Homeland Security Unit Commander

ATLANTA POLICE DEPARTMENT
ATLANTA PUBLIC SAFETY HEADQUARTERS
226 Peachtree St., S.W.
Atlanta, GA 30303

OFFICE: (404) 546-6910
CELL: (404) 276-3082
EFAX: (404) 546-8917
E-mail: BKMARTIN@atlantaga.gov

**SANDY SPRINGS** EST. 2005 GEORGIA **POLICE**

**David Roskind**
Lieutenant #4

5995 Barfield Road • Sandy Springs, Georgia 30328
770.551.6921 office • 770.551.6911 fax
david.roskind@sandyspringsga.org • www.sandyspringsga.org